## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

RANDY J. LEDUC,

                **Plaintiff,**

-vs-                                 **Case No.  6:07-cv-1272-Orl-28UAM**

COMMISSIONER OF SOCIAL
SECURITY,

                **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's appeal to the district court from a final decision of the Commissioner of Social Security ("Commissioner") denying his application for disability insurance benefits (Doc. No. 1) filed August 10, 2007.  The United States Magistrate Judge has submitted a report recommending that the decision be reversed and remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed August 12, 2008 (Doc. No. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Finding the record below incomplete, the Commissioner's decision is **REVERSED** and **REMANDED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _____ day of September, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party