**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RANDY J. LEDUC,

                         Plaintiff,

-vs-                                                    Case No.  6:07-cv-1272-Orl-28GJK

COMMISSIONER OF SOCIAL SECURITY,

                         Defendant.

_____

## REPORT AND RECOMMENDATION

## TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S UNCONTESTED PETITION FOR ATTORNEY'S FEES (Doc. No. 25)** |
| **FILED:** | **September 23, 2008** |
| | _____ |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. | |

On September 8, 2008, an amended judgment was entered remanding this case to the

Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).  Doc. No. 22.

Plaintiff now moves for an award of attorney fees pursuant to the Equal Access to Justice Act, 28

U.S.C. § 2412(d) ("EAJA") (the "Motion"). Doc. No. 25.  Plaintiff requests attorney's fees in the

amount of $4,876.98.  *Id.*  In the Motion, counsel for Plaintiff, Richard A. Culbertson, Esq. states

that he performed 7.3 hours of work on the case, and his associate, Thomas S. Rice, Esq.

performed 22.0 hours of work on the case. Doc. Nos. 25.  Plaintiff requests an hourly rate of

$166.45 which is an increase from the hourly statutory rate adjusted by the Consumer Price

1

Index for 2007.  *See* Doc. No. 25 at 5-6.  Plaintiff complied with Local Rule 3.01(g) and certifies

that the Commissioner does not object to the fees requested. *See* Local Rule 3.01(g) Certificate,

Doc. No. 25 at 2.   Thus, the Court recommends that the Motion be GRANTED and the

Commissioner be directed to pay $4,876.98 in attorney's fees under the EAJA.

Failure to file written objections to the proposed findings and recommendations

contained in this report within ten (10) days from the date of its filing shall bar an aggrieved

party from attacking the factual findings on appeal.

**RECOMMENDED** in Orlando, Florida on October 16, 2008.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE